1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTWOINE BEALER,                              No.  2:24-cv-3089 TLN AC P

12                      Plaintiff,

13          v.                                      ORDER

14    GAVIN NEWSOM, et al.,

15                      Defendants.

16

17          Plaintiff filed a motion for extension of time to file an amended motion for a preliminary

18    injunction.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 4) is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

21    motion for preliminary injunction if he so chooses.

22    DATED: December 5, 2024

23

24    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

25

26

27

28