UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWOINE BEALER,

        Plaintiff,

        v.

GAVIN NEWSOM, et al.,

        Defendants.

No. 2:24-cv-3089 TLN AC P

ORDER

        Plaintiff is a state prisoner who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer. On February 4, 2025, the court screened the complaint and found that it failed to state a claim upon which relief may be granted, and plaintiff was granted leave to amend the complaint. ECF No. 10 at 6-8. The court also recommended that the district judge deny plaintiff's pending motion for preliminary injunction, ECF No. 2, and amended motion for preliminary injunction, ECF No. 8. Id. at 8-10.

        On February 7, 2025, plaintiff filed a request to withdraw his motions for preliminary injunction. ECF No. 11. Plaintiff states he is no longer in restricted housing unit and therefore is "no longer in need of an [sic] preliminary injunction." Id.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's Request to Withdraw Motions for Preliminary Injunction (ECF No. 11) is GRANTED;

2. The motions at ECF No. 2 and 8 are accordingly VACATED; and

3. The Findings and Recommendations at ECF No. 10 are withdrawn.

DATED: February 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE